IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF    CV 10 80019 MISC

Matthew Bernard Weber - #202719

_____/

VRW

**ORDER TO SHOW CAUSE**

It appearing that Matthew Bernard Weber has been suspended by the Supreme Court of California for one year and until shows proof of rehabilitation, fitness to practice, and learning and ability in the general law. Three years probation with conditions effective December 3, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before March 7, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Matthew Bernard Weber
Attorney At Law
Law Office of David Bates
2141 Rosecrans Ave Ste 1130
El Segundo, CA 90245