FILED

MAR 22 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:  No CV 10 80019 MISC VRW

Matthew Bernard Weber,   ORDER
    State Bar No 202719

_____/

    On January 29, 2010, the court issued an order to show cause (OSC) why Matthew Bernard Weber should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the Supreme Court of California for one year, effective December 3, 2009.

    The OSC was mailed to Mr Weber's address of record with the State Bar on February 3, 2010. A written response was due on or before March 7, 2010. No response to the OSC has been filed as of this date.

    The court now orders Matthew Bernard Weber removed from the roll of attorneys authorized to practice before this court. In accordance with Civil Local Rule 11-7(b)(4), upon completion of the period of suspension Mr Weber may file a petition for reinstatement with this court.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Matthew Bernard Weber,

Case Number: CV10-80019 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew Bernard Weber
Law Office of David Bates
2142 Rosecrans Ave Ste 1130
El Segundo, CA 90245

Dated: March 22, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*